**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (Riverside Division)

<table>
<tr><td>

BMO BANK N.A. formerly known as BMO HARRIS BANK N.A.,

                    Plaintiff,

v.

CANDOR FREIGHT SYSTEMS INC, a California corporation; KANWARPREET SINGH MINHAS aka KANWARPREET MINHAS, an individual;  DOES 1-10, inclusive,

                    Defendants.

</td><td>

Case No.: 5:25-cv-01024-MAA

*[Assigned to the Hon. Magistrate Judge Maria A. Audero]*

**JUDGMENT**

</td></tr>
</table>

HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO, CA  91436
(818) 501-3800

This Court having reviewed the Stipulation for Entry of Judgment entered into by and between Plaintiff BMO BANK N.A. ("Plaintiff") and Defendants CANDOR FREIGHT SYSTEMS INC, a California corporation, KANWARPREET SINGH MINHAS aka KANWARPREET MINHAS, an individual (together, "Defendants"), and good cause appearing therefor,

**IT IS HEREBY ADJUDGED** that judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, as follows:

| | |
|---|---|
| Principal: | $245,622.24 |
| Interest and Fees: | $ 60,891.87 |
| Attorneys Fees: | $ 10,000.00 |
| Costs: | $ 2,652.14 |
| **Total:** | **$319,166.25** |

IT IS SO ORDERED.

DATED: May 28, 2026 _____

_____
Honorable Magistrate Judge Maria A. Audero
Magistrate Judge of the United States District Court

HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO, CA 91436
(818) 501-3800

2
JUDGMENT

**HEMAR, ROUSSO & HEALD, LLP**
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO, CA 91436
(818) 501-3800

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Hemar, Rousso & Heald, LLP, 15910 Ventura Boulevard, 12th Floor, Encino, CA 91436.

On May 27, 2026, I served the foregoing document(s) described as: **[PROPOSED] JUDGMENT** on the interested parties in this action addressed as follows:

Attorneys for Defendants
Gregory D. Angus
Attorney at Law
6825 Magnolia Avenue, Suite C
Riverside, CA 92506
Telephone: (951) 781-6555
Fax: (951) 781-6550
Email: angus2967@sbcglobal.net

☒    By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

☐    **BY PERSONAL SERVICE (CCP §1011)**: I caused to be delivered such envelope(s) by hand to the addressee(s) as stated above.

☒    **BY MAIL (CCP §1013(a)&(b))**: I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 15910 Ventura Boulevard, 12th Floor, Encino, California, in the ordinary course of business.

☐    **BY OVERNIGHT DELIVERY (CCP §1013(c)&(d))**: I am readily familiar with the firm's practice of collection and processing items for delivery with Overnight Delivery. Under that practice such envelope(s) is deposited at a facility regularly maintained by Overnight Delivery or delivered to an authorized courier or driver authorized by Overnight Delivery to receive such envelope(s), on the same day this declaration was executed, with delivery fees fully provided for at 15910 Ventura Boulevard, 12th Floor, Encino, California, in the ordinary course of business.

Executed on May 27, 2026, at Encino, California.

☒    **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

/s/ *Mary Ann Granzow*

_____
MARY ANN GRANZOW

3
JUDGMENT